UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLENE VILLAMIA DRIMAL | : | No. 3:12cv717 (WWE) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID MAKOL, *et al*. | : | |
| *Defendants*. | : | December 5, 2016 |

**JOINT RESPONSE TO THE COURT'S ORDER REGARDING
THE RULE 26(f) REPORT**

The parties hereby respond to the Court's order dated December 5, 2016.  The parties

apologize to the Court for failing to file a Rule 26(f) report.  The parties did not intend to

disrespect the Court or its rules; rather, the parties overlooked the requirement given the changed

circumstances of the litigation.  Shortly after the Court issued its ruling on the defendants' most

recent motion to dismiss, the parties began discussing settlement.  The parties, specifically the

plaintiff's attorney and the defendants' attorneys, reached a tentative agreement on settlement.

Because this case involves individual liability on the part of the defendants, additional

memorandums and review were required by both the FBI and the Department of Justice.  The

defense attorneys completed all of the necessary steps that were required, the FBI has approved

the settlement, and we are now awaiting approval from the Department of Justice.  Thus, the

parties have been anxiously awaiting approval of this settlement during the time period.

Clearly, this did not excuse the Rule 26(f) requirement, but the parties were focused on

the settlement of this case and candidly believed this process would go more quickly.  The

parties apologize for the oversight of failing to file a Rule 26(f) report.  The parties request that

the Court not issue sanctions against the parties because the parties lacked the intent to violate

the rule; the parties were focused on resolving this litigation.  Finally, because the parties are in

1

the process of attempting to complete the settlement, the parties request to be excused from the

Rule 26(f) requirement.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____/s/_____

Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Assistant U.S. Attorneys
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov
          David.C.Nelson@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on December 5, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____

David C. Nelson
Assistant U.S. Attorney