UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLENE VILLAMIA DRIMAL | : | No. 3:12cv717 (WWE) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID MAKOL, *et al*. | : | |
| *Defendants*. | : | January 4, 2017 |

## JOINT STATUS REPORT AS ORDERED BY THE COURT IN DOCKET #51

The parties report that this case has been settled and a stipulation of dismissal with prejudice will follow. Opposing counsel has reviewed this report and agrees with the contents.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/
Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Assistant U.S. Attorneys
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov
       David.C.Nelson@usdoj.gov

**CERTIFICATION OF SERVICE**

      I hereby certify that on January 4, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                    /s/
                David C. Nelson
                Assistant U.S. Attorney