UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLENE VILLAMIA DRIMAL | : | |
| | : | |
| VS. | : | |
| | : | |
| DAVID MAKOL, JAN TRIGG, | : | NO. 3:12cv717(WWE) |
| PAULINE TAI, FRANK LOMONACO, | : | |
| DAVID J. FORD, EDMUND ROM, | : | |
| KEVIN RIORDAN, ADRIAN BUSBY, | : | |
| BRIAN HARKINS, JOANN MAGUIRE, | : | |
| MARIA A. FONT, MARTHA M. | : | |
| BERDOTE, THOMAS J. D'AMICO, | : | |
| MARK MUNSTER, CHRISTOPHER | : | |
| DeGRAFF, and S. MENDOZA- | : | |
| PENAHERRERA | : | FEBRUARY 10, 2017 |

## **MOTION TO DISMISS**

The United States having fully satisfied its obligation under the settlement agreement, the plaintiff moves that this action be dismissed with prejudice and without costs as to all defendants.

1

THE PLAINTIFF


BY:_____/s/_____
              JOHN R. WILLIAMS (ct00215)
              51 Elm Street
              New Haven, CT 06510
              203.562.9931
              Fax:  203.776.9494
              jrw@johnrwilliams.com
              Her Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and
served by mail on anyone unable to accept electronic filing.  Notice of this filing
will be sent by e-mail to all parties by operation of the Court's electronic filing
system or by mail to anyone unable to accept electronic filing as indicated on the
Notice of Electronic Filing.  Parties may access this filing through the Court's
CM/ECF System.


_____/s/_____
JOHN R. WILLIAMS